```
         IN THE UNITED STATES DISTRICT COURT FOR THE

                       DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
               Plaintiff,      )          8:08CR259
                               )
          v.                   )
                               )
BILLY MARCUS WRIGHT,           )             ORDER
                               )
               Defendant.      )
_____)
```

This matter is before the Court on the motion of Eric L. Whitner to withdraw as counsel (Filing No. 42), and on the application to proceed without prepayment of fees and affidavit (Filing No. 44). The Court has reviewed the motion and the application and finds both should be granted. Accordingly,

IT IS ORDERED:

1) The motion of Eric L. Whitner to withdraw as counsel is granted. Mr. Whitner is deemed withdrawn as counsel for defendant.

2) The defendant's application to proceed on appeal without prepayment of fees is granted.

DATED this 20th day of January, 2009.

BY THE COURT:

/s/ Lyle E. Strom
_____
   LYLE E. STROM, Senior Judge
   United States District Court